1
2
3
4
5   FILED
    CLERK, U.S.D.C. SOUTHERN DIVISION
6
    JUL 24 2008
7
    CENTRAL DISTRICT OF CALIFORNIA
    BY                              DEPUTY
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )   Case No.: SACR05-258  AHS
12                      Plaintiff,  )
                                    )   ORDER OF DETENTION AFTER
13              vs.                 )   HEARING
                                    )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14  Mitchell, Matthew Ryan          )   § 3143(a)]
                                    )
15                      Defendant.  )
16
17      The defendant having been arrested in this District pursuant to a warrant issued
18  by the United States District Court for the ___CD CA___,
19  for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised
20  release]; and
21      The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23      The Court finds that:
24  A.   [X] The defendant has not met his/her burden of establishing by clear and
25       convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26       3142(b) or (c). This finding is based on _background, cnty ties_
27  _unknown due to failure to interview; bail_
28  _resources unknown; conduct evidences a_
    _lack of amenability to supervision_

and/or

B.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of underlying offense, his failure to comply w/conditions of supervision_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 7/24/08

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE